# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MANDY STRAND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 4:15-cv-00826 |
| MEDICREDIT, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the City of St. Louis Circuit Court, Associate Division, to the United States District Court for the Eastern District of Missouri, and in support of this Notice, states as follows:

1. On April 12, 2015, Plaintiff Mandy Strand ("Plaintiff") filed a Complaint (hereinafter "Complaint") against Defendant Medicredit in City of St. Louis Circuit Court, Associate Division, State of Missouri (the "State Court"). The Complaint contains a claim alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

2. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit A**; a copy of the County Court Summons is attached as **Exhibit B**; and a copy of proof of service on Medicredit, Inc. is attached as **Exhibit C**.

3. Plaintiff served Medicredit with the summons on April 23, 2015. Accordingly, Medicredit timely files this Notice within the 30-day limit established by § 1446(b)(1).

4. The United States District Court for the Eastern District of Missouri has original jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiff's Complaint implicates the Court's federal question jurisdiction, specifically the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* **Ex. A** ¶¶ 1, 17, 24, 28, 48.

5. Removal to the United States District Court for the Eastern District of Missouri is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the Division of the United States District Court embracing the place where such action is pending.

6. Accordingly, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

7. As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant are attached as **Exhibit D**.

8. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiffs' counsel.

9. As required by 28 U.S.C. § 1446(d), Medicredit has filed a Notice of Filing of the Notice of Removal with the City of St. Louis Circuit Court, Associate Division, State of Missouri.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred forthwith from the City of St. Louis Circuit Court, Associate Division, State of Missouri to the United States District for the Eastern District of Missouri.

Dated: May 26, 2015

By: *s/ Scott J. Dickenson, Esq.*
Scott J. Dickenson
Patricia L. Silva
LATHROP & GAGE LLP
7701 Forsyth Blvd
Suite 500
Clayton, MO 63105
T: (314) 613-2800
F: (314) 613-2801
E: sdickenson@lathropgage.com
   psilva@lathropgage.com

Attorneys for Defendant Medicredit, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Anthony Voytas
1 North Taylor Ave.
St. Louis, MO 63108
*Attorney for Plaintiff*

*s/ Scott J. Dickenson*